Before PATRICIA A. BRECKENRIDGE, P.J., THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM:

Mr. Nathaniel Sledge appeals the judgment denying his claims in a postconviction relief motion under Rule 29.15.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

County Circuit Court. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

**Nancy L. MOSLEY, Respondent,**

v.

**Barry D. MOSLEY, Sr., Appellant.**

**No. ED 79007.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 11, 2001.

**Jeffrey RUNDQUIST,**
**Plaintiff/Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Defendant/Appellant.**

**No. ED 78810.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 11, 2001.

Susan Burger, Anna, IL, for appellant.

David G. Beeson, Mary E. Boner, Jackson, MO, for respondent.

Before JAMES R. DOWD, C.J., LAWRENCE G. CRAHAN and MARY R. RUSSELL, JJ.

### ORDER

PER CURIAM.

Husband appeals from the judgment of dissolution entered by the Cape Girardeau

